```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                           ----oo0oo----
11  TOM FISHER,
                                   CASE NO. 2:05-CV-0598 WBS/KJM
12            Plaintiff,           CASE NO. 2:05-CV-0600 WBS/JFM
13       v.
14  BUTTE COUNTY; and DOES 1
    through 20, Inclusive,
15
              Defendants.
16  _____/
                                         ORDER
17  TOM FISHER,
18            Plaintiff,
19       v.
20  BUTTE COUNTY; BUTTE COUNTY
    COURTHOUSE; SUPERIOR COURT
21  OF CALIFORNIA, COUNTY OF
    BUTTE; and DOES 1 through
22  20, Inclusive,
23            Defendants.
24  _____/
```

25          The court has received the Notice and Motion to Relate
26  Cases concerning the above-captioned cases filed on June 20,
27  2005.  See Local Rule 83-123.  The court has, however, determined
28  that it is inappropriate to relate or reassign the cases at this

time, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

    IT IS SO ORDERED.

DATED: June 20, 2005

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE