PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001
Attorneys for Plaintiff:
TOM FISHER

STEPHEN E. HORAN, Esq. (SBN 125241)
NATHAN W. AUSTIN, Esq. (SBN 219672)
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Ave., Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (fax)

Office of County Counsel, County of Butte
Bruce S. Alpert
25 County Center Drive
Oroville, CA 95965-3380
(530) 538-7621
(530) 538-6891 (fax)
Attorneys for Defendant
BUTTE COUNTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM FISHER, | CASE NO. 2:05-CV-00598-WBS-JFM |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION FOR DISMISSAL** |
| BUTTE COUNTY; and DOES 1 through 20, Inclusive, | Complaint Filed: January 24, 2005 |
| Defendants. | |
| _____/ | Trial Date: August 22, 2006 |

IT IS STIPULATED by and between Plaintiff, TOM FISHER, and Defendant, BUTTE COUNTY, that on March 22, 2006, the parties reached a settlement on Plaintiff TOM FISHER's injunctive relief and damages claims.

BUTTE COUNTY agrees to undertake all of the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation for Dismissal: Case No.
2:05-CV-00598-WBS-JFM   — 1 —

PDF created with pdfFactory trial version www.pdffactory.com

1 following injunctive relief at the Courthouse.

2     1. <u>Parking Lot at the County Courthouse and Veteran's
3        Building</u>:  Provide two van-accessible parking spaces
4        with signage designating the accessible spaces in
5        the parking lot serving the Superior Court and the
6        Veteran's Building at 196 Memorial Way, Chico, CA.

7     2. <u>Paths of Travel</u>:  Provide an accessible path of
8        travel from the lot to a public entrance to the
9        County Superior Courthouse and the Veteran's
10       Building.

11     3. <u>Restrooms</u>:  Complete a unisex accessible restroom in
12       the Veteran's Building.  Install directional signs
13       at the accessible restrooms directing persons with
14       disabilities to the location of the accessible
15       restroom.

16     4. <u>Service Counters</u>:  Lower one service counter in the
17       Veteran's Building.  Install signs directing
18       disabled persons to the accessible service counter
19       in each building and informing the public that all
20       services offered to the general public are available
21       at the lowered window for disabled persons.

22     5. <u>Entrances</u>: Adjust the opening door pressure to the
23       accessible entrance to the Veteran's Building to no
24       more than 8.5 lbs of pressure to open.  Install an
25       electric door on the north entrance nearest the
26       parking lot.

27     6. <u>Defendant's Policy</u>:  Train and direct employees to
28       make all services, programs and activities offered

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Dismissal: Case No.
2:05-CV-00598-WBS-JFM** - 2 -

G:\DOCS\SHH\DSHH2\inBOX\Signed\fisher1.doc

PDF created with pdfFactory trial version www.pdffactory.com

1         to the general public available at the service
2         counter available to persons with disabilities at
3         the designated accessible lowered service counter in
4         the Veteran's Building.

5         Defendant BUTTE COUNTY further agrees to pay
6 compensatory damages to Plaintiff in the amount of $4,001.00.

7         The parties agree that the Court may retain
8 jurisdiction of the action to enforce these terms, and the
9 claims shall be dismissed with prejudice subject to the
10 Court's continuing enforcement jurisdiction.

11         Pursuant to this settlement, BUTTE COUNTY and TOM
12 FISHER have agreed that Plaintiff is entitled to recover
13 reasonable attorney's fees and costs, if any, as provided by
14 law, and this Court shall retain jurisdiction over that issue.
15 PLAINTIFF and BUTTE COUNTY will have sixty (60) days to reach
16 a settlement on reasonable attorney's fees and costs from the
17 date the Court signs the order approving this stipulation.  In
18 the event PLAINTIFF and BUTTE COUNTY are unable to reach a
19 settlement on attorney's fees within sixty (60) days of
20 approval of this stipulation, Plaintiff may file a motion to
21 recover attorney's fees and costs with this court no later
22 than sixty (60) days thereafter.  BUTTE COUNTY reserves all
23 rights to oppose such a motion.  The Court's fees and costs
24 determination shall be an order appealable directly to the
25 Ninth Circuit Court of Appeals.

26

27

28 ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Dismissal: Case No.
2:05-CV-00598-WBS-JFM**   - 3 -   G:\DOCS\SHUDSHU2\jinBOX\Signed fisher1.doc

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  Dated: June 22, 2006           PAUL L. REIN
                                   PATRICIA BARBOSA
 2                                 JULIE MCLEAN
 3
 4                                 /s/ Paul L. Rein_____
                                   Attorneys for Plaintiff
 5                                 TOM FISHER
 6
 7  Dated: June 23, 2006           STEPHEN E. HORAN
                                   NATHAN W. AUSTIN
 8
 9                                 /s/ Nathan Austin_____
                                   Attorneys for Defendant
10                                 BUTTE COUNTY
                                   (As authorized on 6/23/06)
11
12                              ORDER
13
14  Pursuant to stipulation, and for good cause shown, IT IS SO
15  ORDERED.  This court shall retain jurisdiction to enforce the
16  settlement terms, and to determine an award of attorney's fees
17  and costs if the parties are unable to reach a settlement on
18  the issue of attorneys fees in accordance with the terms and
19  schedule set forth above.  Subject to these conditions, the
20  case is HEREBY DISMISSED.
21
22  Dated:  June 27, 2006
23                                 [signature]
                                   _____
24                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
25
26
27
28
```

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation for Dismissal: Case No.
2:05-CV-00598-WBS-JFM                    — 4 —              G:\DOCS\SHIELDSHU\inBOX\Signed fisher1.doc

PDF created with pdfFactory trial version www.pdffactory.com