```
1  PAUL L. REIN, Esq. (SBN 43053)
   PATRICIA BARBOSA, Esq. (SBN 125865)
2  JULIE MCLEAN, Esq. (SBN 215202)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  (510) 832-5001

5  Attorneys for Plaintiff:
   TOM FISHER
6
   STEPHEN E. HORAN, Esq. (SBN 125241)
7  NATHAN W. AUSTIN, Esq. (SBN 219672)
   PORTER, SCOTT, WEIBERG & DELEHANT
8  350 University Ave., Suite 200
   Sacramento, CA 95825
   (916) 929-1481
9  (916) 927-3706 (fax)

10 Office of County Counsel, County of Butte
   Bruce S. Alpert
11 25 County Center Drive
   Oroville, CA 95965-3380
12 (530) 538-7621
   (530) 538-6891 (fax)
13
   Attorneys for Defendant
14 BUTTE COUNTY
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM FISHER,<br><br>          Plaintiff,<br>v.<br><br>BUTTE COUNTY; BUTTE COUNTY COURTHOUSE; SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE; and DOES 1 through 20, Inclusive,<br>          Defendants. | CASE NO. 2:05-CV-00598-WBS-KJM<br>        AND  2:05-CV-00600-WBS-KJM<br><br>Civil Rights<br><br>**STIPULATION FOR ONE-DAY EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES, LITIGATION EXPENSES AND COSTS**<br><br>Hearing<br><br>Date:    December 11, 2006<br>Time:    1:30 p.m.<br>Place:   U.S. District Court<br>         501 I St.<br>         Sacramento, CA<br>Judge:   Hon. William B. Shubb<br>         Courtroom 5 |

-1-

1  IT IS STIPULATED by and among Plaintiff, TOM FISHER, and Defendant, BUTTE COUNTY, that at plaintiff's request, and with defendant's agreement, there be a one-day extension to the dates for defendant's opposition and plaintiff's reply on plaintiff's motion for attorney fees, as follows.

1. On October 25, 2006, plaintiff filed his motion for attorney fees, litigation expenses, and costs, pursuant to the Court Order signed on June 27, 2006.

2. Plaintiff set the hearing for the next available hearing date; however, plaintiff miscalculated in choosing this hearing date, not realizing that this would make defendants' opposition brief due immediately after the Thanksgiving holiday, and his own reply brief due the day after his lead counsel Paul Rein, who has sole responsibility for the attorney fee motion, returns from a ten-day out-of-state trip.

3. No previous extensions of time have been requested, and the requested one-day continuance would not prejudice any party.

Therefore, the parties agree and stipulate, subject to the approval of this Court, that the deadline for defendant's Opposition to plaintiff's motion will be extended from November 27, 2006, to November 28, 2006, and the deadline for plaintiff's Reply will be extended from December 4, 2006 to December 5, 2006.

//
//
//

-2-

1 | Dated: November 21, 2006     PAUL L. REIN
                                  PATRICIA BARBOSA
2                                 JULIE MCLEAN

3

4                                 /s/
                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                  Attorneys for Plaintiff
5                                 TOM FISHER

6

7 | Dated: November 21, 2006     STEPHEN E. HORAN
                                  NATHAN W. AUSTIN
8

9                                 /s/
                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                  Attorneys for Defendant
10                                BUTTE COUNTY

11

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** Defendant's Opposition to plaintiff's motion for attorney fees shall be due on or before November 28, 2006, and plaintiff's Reply shall be due on or before December 5, 2006. The hearing date of December 11, 2006 shall remain unchanged.

Dated:   November 22, 2006

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-