PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832 5001
Attorneys for Plaintiff
TOM FISHER

STEPHEN E. HORAN, Esq. (SBN 125241)
SCOTT H. CAVANAUGH, Esq. (SBN 245261)
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Ave., Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (fax)

Office of County Counsel, County of Butte
Bruce S. Alpert, Esq. (SBN 75684)
25 County Center Drive
Oroville, CA 95965-3380
(530) 538-7621
(530) 538-6891 (fax)
Attorneys for Defendant
BUTTE COUNTY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOM FISHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BUTTE COUNTY, and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:05-CV-00598-WBS-KJM<br>CASE NO. 2:05-CV-00600-WBS-JFM<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**<br><br>Complaints Filed:　March 25, 2005<br>Trial Date:　　　　August 22, 2006 |
| TOM FISHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BUTTE COUNTY; BUTTE COUNTY erroneously sued as BUTTE COUNTY COURTHOUSE; SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE; and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants.<br>_____/ | |

1    IT IS STIPULATED by and between Plaintiff, TOM FISHER, and Defendant, BUTTE
2 COUNTY, that pursuant to Judge Shubb's order dated December 18, 2006, the parties have resolved
3 the claims for attorney fees and costs.  These claims, reserved by plaintiff in the Stipulations for
4 Dismissal, (Case No. 2:05-cv-00598-WBS-KJM order filed June 28, 2006, and  Case No. 2:05-cv-
5 00600-WBS-JFM order filed July 20, 2006) are now dismissed.

6  Dated: January 10, 2007            PAUL L. REIN
                                      PATRICIA BARBOSA
7                                     JULIE MCLEAN

8                                     ____/s/_____
                                      Attorneys for Plaintiff
9                                     TOM FISHER

10

11 Dated: January 10, 2007             STEPHEN E. HORAN
                                      SCOTT H. CAVANAUGH
12

13                                     ____/s/_____
                                      Attorneys for Defendant
14                                    BUTTE COUNTY

15

16

17                                   **ORDER**

18     Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.  This Court shall
19 retain jurisdiction to enforce the settlement terms related to injunctive relief, as provided in the earlier
20 Stipulations for Dismissal.  Subject to these conditions, the case is HEREBY DISMISSED.

21 Dated:  January 17, 2007

22                      _____
23                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE